# IN THE SUPREME COURT OF THE STATE OF NEVADA

ST. ROSE PLAZA, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
                      Appellant,
vs.
HKO, LLC, A NEVADA LIMITED
LIABILITY COMPANY,
                      Respondent.

No. 77458

**FILED**

OCT 15 2019

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY _____
     DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Mark R. Denton, District Judge
       Thomas J. Tanksley, Settlement Judge
       Adam Smith Law
       Holland & Hart LLP/Las Vegas
       Eighth District Court Clerk

19-42521